IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

KAREN H. LAMBDIN,
    Plaintiff,

VS.

BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC AND BIOMET MANUFACTURING LLC F/K/A BIOMET MANUFACTURING CORP.,
    Defendants.

CASE NO. 7:17-CV-07713-VB

### ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the plaintiff, Karen H. Lambdin ("Plaintiff"), and the defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC and Biomet Manufacturing LLC f/k/a Biomet Manufacturing Corp. ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED** AND **ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiff and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

**DONE AND ORDERED** in Chambers this _____, 20\_\_.

_____
U.S. DISTRICT COURT JUDGE
Vincent L. Briccetti
September 8, 2020

Confirmed copies to:
All counsel of record

US.125993243.01